## MOTION DOCKET

**95–576.** State ex rel. Brecksville Edn. Assn./OEA/NEA v. State Emp. Relations Bd. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

MOYER, C.J., and WRIGHT, J., dissent and would dismiss the cause.

DOUGLAS, J., dissents and would grant a peremptory writ.

## RECONSIDERATION DOCKET

**94–1872.** State v. Jackson. *Cuyahoga County,* No. 55758. Reported at 72 Ohio St.3d 1401, 647 N.E.2d 167. IT IS ORDERED by the court that the motion for reconsideration of this court's dismissal of this cause for want of prosecution be, and the same is hereby, denied, effective April 25, 1995.

## MISCELLANEOUS DISMISSALS

**95–515.** State v. Brown. *Lucas County,* No. L–87–241. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Appellant's merit brief was due April 10, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**95–814.** State v. Brown. *Hamilton County,* No. C–930445. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective April 25, 1995.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this cause be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, May 3, 1995*

## MERIT DOCKET

**94–2419.** Griffith v. Shiplevy. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–47.** Williams v. Edwards. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.